STATE OF LOUISIANA　　　　*　　　NO. 2023-KA-0780

VERSUS　　　　　　　　　　*　　　COURT OF APPEAL

ALEC J. BILLOT　　　　　　*　　　FOURTH CIRCUIT

　　　　　　　　　　　　　　*　　　STATE OF LOUISIANA

　　　　　　　　　　　　　　*

　　　　　　　　　　　　　　*
* * * * * * *

*LEDET, J., CONCURS*

I concur in the result.